UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE COMPANY, et al.,

                          Plaintiffs,

      - against –

EXPERT PHARMACY, INC., et al.,

                          Defendants.
-------------------------------------------------------------------X

Case No.
1:22-03691

**STIPULATION TO EXTEND TIME TO ANSWER**

      **IT IS HEREBY STIPULATED AND AGREED** by and between attorneys for Plaintiffs herein and Defendants Yakov Shalomov and Expert Pharmacy, Inc. ("GTPC Defendants") that the time for GTPC Defendants to answer or otherwise respond to Plaintiffs' Complaint in the above-captioned action is extended to August 18, 2022. GTPC Defendants agree to waive all defenses based on lack of personal jurisdiction. Facsimile signatures will be deemed as originals for all purposes hereunder.

Dated: Brooklyn, New York
       July 18, 2022

By: *Nicholas Bowers*
Nicholas Bowers, Esq.
Gary Tsirelman P.C.
*Attorneys for Defendant*
*Named Herein*
129 Livingston, 2nd Floor
Brooklyn NY 11201

___/s/_____
By: Steven Henesy, Esq.
RivkinRadler
*Attorneys for Plaintiffs*
926 RXR Plaza
Uniondale, NY 11556